[No. 15223-8-I.   Division One.   April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
BARBARA JEAN COMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00414-9, Shannon Wetherall, J., entered
July 11, 1984. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, J., Scholfield, C.J., dissenting.

[No. 8855-0-II.   Division Two.   April 20, 1987.]

DEL MONTE CORPORATION, *Appellant,* v. MARY
LOU TAYLOR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85-2-00087-4, James D. Ladley, J., entered
May 17, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Buckner and Johnson, JJ.
Pro Tem.

[No. 9117-8-II.   Division Two.   April 20, 1987.]

MABEL NOLAN, *Individually and as Guardian ad Litem,*
*Appellant,* v. FELIX LOEB, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-2-00895-0, John N. Skimas, J., entered
August 16, 1985. *Affirmed* by unpublished opinion per
Steiner, J. Pro Tem., concurred in by Dolliver and Howard,
JJ. Pro Tem.